IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------x
::
JAMES E. CAFFREY                                   :       3:02 CV 1884 (CFD)
::
v.                                                 :
:       DATE: FEB. 10, 2004
METRO-NORTH RAILROAD CO. et al.    :
::
--------------------------------------------------------x

ENDORSEMENT ORDER

In the interest of justice, the parties' Joint Motion to Transfer and to Consolidate for Scheduling and Discovery Purposes (Dkt. #15) is denied.

Dated at New Haven, Connecticut, this 10th day of February, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge