**CAHILL & GOETSCH, P.C.**
ATTORNEYS AT LAW
43 TRUMBULL STREET
NEW HAVEN, CT 06510
203-777-1000
FAX: 203-865-5904
www.trainlaw.com

SCOTT E. PERRY
scott@trainlaw.com

NEW YORK OFFICE:
ONE CROTON POINT AVENUE
CROTON-ON-HUDSON, NY 10520
914-271-9474
FAX: 914-271-9476

February 26, 2004

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE: *Plaintiffs' 30(b)(6) Deposition directed to Conrail*

Dear Lori:

It is my understanding that you intend to object to producing a witness to address some of the topics or time periods identified in our 30(b)6 Deposition Notice.

I write to inform you the plaintiffs will agree to limit their 30(b)6 deposition notice in the following manner:

Item 6 - 1976 to 1984
Item 7 - 1976 to 1984
Item 8 - 1976 to 1984
Item 9 - 1976 to 1984
Item 27 - not to include any noise testing results after 1984.
Item 32 - not to include any noise testing results after 1984

As I mentioned, the plaintiffs' contend that information concerning Conrail's Hearing Conservation Program after 1984 is relevant to their claims against Conrail. Additionally, this information is relevant to their claims against Metro-North.

Call me if you wish to discuss this further. Otherwise, I request that any motion for a protective order you intend to file get filed sooner rather than later. I intend to reply promptly so that we can hopefully get a ruling from the Court before Tuesday, March 9th.

Sincerely,

Scott E. Perry

SEP:md

cc: Anthony D. Sutton, Esq.