UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E. CAFFREY | : | |
| Vs | : | Case No.3:02CV1884(CFD) |
| METRO-NORTH RR CO. | : | |

**JUDGMENT**

Counsel of record having reported to the court on November 21, 2005, that the above-entitled cases has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, January 26, 2006.

KEVIN F. ROWE, Clerk

BY:_____
      Devorah Johnson
      Deputy Clerk

EOD_____